465

## 19379. GILES *v.* THE STATE.

HEAD, Justice. A decision on the questions made in this case requires only the "application, in a general sense, of unquestioned and unambiguous provisions of the Constitution to a given state of facts, . . ." *Gulf Paving Co.* v. *City of Atlanta,* 149 *Ga.* 114 (1) (99 S. E. 374). The Court of Appeals, and not this court, has jurisdiction of the writ of error. *Wynn* v. *State,* 178 *Ga.* 193 (172 S. E. 565); *Turner* v. *State,* 185 *Ga.* 432 (195 S. E. 431); *Sanders* v. *State,* 186 *Ga.* 335 (197 S. E. 801); *Baker* v. *State,* 198 *Ga.* 291 (31 S. E. 2d 397); *Byrd* v. *State,* 199 *Ga.* 232 (33 S. E. 2d 693); *Rowland* v. *State,* 199 *Ga.* 340 (34 S. E. 2d 577); *Robinson* v. *State,* 209 *Ga.* 48, 49 (2) (70 S. E. 2d·514).

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED JUNE 12, 1956—DECIDED JULY 9, 1956.

*Victor Davidson, Ed Rozier,* for plaintiff in error.
*George D. Lawrence, Solicitor-General,* contra.